IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EPIFANIO REYES NUNEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV99 |
| | ) | |
| v. | ) | |
| | ) | |
| SIX UNKNOWN NAMES AGENTS, OR | ) | ORDER |
| MR. PRESIDENT, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on its own motion. The above-captioned matter has been provisionally filed on March 12, 2009 (Filing No. 1). However, due to certain technical defects, the complaint cannot be further processed until such defects are corrected. To assure further consideration of the complaint, plaintiff must correct the defect listed below. **FAILURE TO CORRECT THE DEFECT MAY RESULT IN DISMISSAL OF THE PETITION.**

Plaintiff has failed to include the $350.00 filing fee. Plaintiff has the choice of either tendering the $350.00 fee to the clerk of the court or submitting a request to proceed in forma pauperis and an affidavit of poverty in support thereof. If plaintiff chooses to do the latter, the enclosed pauper's forms should be completed and returned to this court. Plaintiff is cautioned that, if he is permitted to proceed in forma pauperis, he will still be required to pay the entire $350.00 filing fee. However, he will be allowed to pay the filing fee in installments in accordance with 28 U.S.C. § 1915. Accordingly,

IT IS ORDERED:

1. Plaintiff is directed to correct the above-listed technical defect in the complaint on or before April 20, 2009.

2. Failure to comply with this order will result in dismissal of this matter without further notice.

3. The clerk of the court is directed to send to plaintiff the Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit.

4. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: April 20, 2009: Check for MIFP or payment.

DATED this 20th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court